**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Marcio Marchezi, an Individual<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>Targeted Medical Pharma, Inc., a Delaware Corporation; William Shell, M.D.; David A. Berger, Esq., an individual; and DOES 1 through 100, inclusive<br><br>　　　　　Defendant. | Case No. 2:12-cv-03913-MWF (AJWx)<br><br>ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT<br><br>Trial Date:　TBD<br>Time:　　　TBD<br>Dept:　　　TBD<br><br>Date:　　　June 25, 2012<br>Time:　　　10:00 a.m.<br>Courtroom:　1600<br><br>Hon. Michael W. Fitzgerald, Judge Presiding |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Plaintiff originally filed his action in the State of California Superior Court, located at 111 N. Hill Street, Los Angeles, California, alleging, among other things, a cause of action for "Willful Violation of 15 USCA § 1681, et seq." based on Defendants' alleged violation of the Federal Fair Credit Reporting Act.  This original action was entitled **Marchezi v. Targeted Medical Pharma, Inc. et al.**, Los Angeles Superior Court ("LASC") Case Number BC482742.

On May 4, 2012, Defendants removed this action to U.S. District Court for the Central District of California, Western District.  On removal, the action was assigned to the Honorable Michael W. Fitzgerald, and assigned the USDC for the Central District of California Case Number of 2:12-cv-03913-MWF (AJWx).

On May 25, 2012, Defendants filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) to dismiss Plaintiff's cause of action for "Willful Violation of 15 USCA § 1681, et seq." based on an alleged violation of the Federal Fair Credit Reporting Act.

On June 4, 2012, Plaintiff filed a First Amended Complaint in which Plaintiff eliminated and dismissed with prejudice his cause of action for "Willful Violation of 15 USCA § 1681, et seq." based on Defendants' alleged violation of the Federal Fair Credit Reporting Act.  Thereafter, the parties by and through their counsel met and conferred regarding this matter.  Following this good faith meet and confer, the parties agreed as follows:

**IT IS STIPULATED** that:

    1.    Plaintiff has dismissed with prejudice his cause of action for "Willful Violation of 15 USCA § 1681, et seq. based on an alleged violation of the Federal Fair Credit Reporting Act.

    2.    Based on Plaintiff's dismissal with prejudice of his cause of action for "Willful Violation of 15 USCA § 1681, et seq." based on an alleged violation of the Federal Fair Credit Reporting Act, Defendants' Motion to Dismiss is withdrawn without decision or action by the Court and Defendants do not need to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss;

    3.    The instant action will be remanded to the California Superior Court for the County of Los Angeles ("LASC") located at 111 North Hill Street in Los Angeles, California, and should be reinstated and assigned pursuant to LASC policies and

procedures.

THEREFORE, THE COURT HEREBY ORDERS THAT:

1. Defendants Motion to Dismiss is withdrawn without decision or action by the Court;
2. The instant action is remanded to California Superior Court located at 111 N. Hill Street, Los Angeles, California.

IT IS SO ORDERED.

Dated: _June 13, 2012_____     By: _____
                                     Honorable Michael W. Fitzgerald,
                                     United States District Court Judge

Stipulation to Withdrawal of the Defendants' Motion to Dismiss and Remand Action to California Superior Court